IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE DISABLED VETERAN
OWNED SMALL BUSINESS
NETWORK, INC.,

    Plaintiff,

  v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIR,

    Defendant.

No. C 11-06145 WHA

**ORDER REQUESTING
BRIEFING BY PLAINTIFF**

The plaintiff shall please file a response to the defendant's request to file a motion for reconsideration by **NOON ON MARCH 28, 2012**. Please include a proposal for resolving this issue.

**IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE