IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE DISABLED VETERAN OWNED SMALL BUSINESS NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIR,<br><br>Defendant. | No. C 11-06145 WHA<br><br>**ORDER REQUESTING BRIEFING BY PLAINTIFF** |

The plaintiff shall please file a response to the defendant's request to file a motion for reconsideration by **NOON ON MARCH 28, 2012**. Please include a proposal for resolving this issue.

**IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE