IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE DISABLED VETERAN
OWNED SMALL BUSINESS
NETWORK, INC.,

    Plaintiff,

  v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIR,

    Defendant.
                                     /

No. C 11-06145 WHA

**ORDER TRANSFERRING
CASE TO THE COURT OF
FEDERAL CLAIMS**

In light of the defendant's motion for reconsideration and 28 U.S.C. 1500, the Court hereby vacates its March 15 order staying this action (Dkt. No. 29). Instead, for the reasons stated in the March 15 order and in the interest of justice, **THIS ACTION IS HEREBY TRANSFERRED TO THE COURT OF FEDERAL CLAIMS**. Section 1631 provides that when "there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed." 28 U.S.C. 1631. There is a want of jurisdiction here.

There is an issue as to whether the Court of Federal Claims can provide adequate relief in this action. The interest of justice is best served by the Court of Federal Claims addressing this in the first instance. This would clarify whether plaintiff can bring its claim under the APA in district court. This order has also taken into consideration defendant's assertion that relief can only be provided by the Court of Federal Claims, and plaintiff's request to transfer rather than to dismiss this action.

**IT IS SO ORDERED.**

Dated: March 29, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE